*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *John J. Wicker* and *Harris J. Griston* for appellants. *Robert T. Barton, Jr.* and *Theodore S. Hope, Jr.* for appellee.

No. 163. North Side Laundry Co. v. Board of Property Assessment, Appeals and Review, Allegheny County. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial

federal question. *Mahlon E. Lewis* for appellant. *Nathaniel K. Beck* and *Leonard Boreman* for appellee.